[No. 33654.  *En Banc.*  February 28, 1957.]

CROTON CHEMICAL CORPORATION, *Appellant*, v.
BIRKENWALD, INC., *Respondent.*[1]

*Alexander Wiley*, for appellant.

*Moriarty, Olson & Campbell*, for respondent.

PER CURIAM.—One of the judges of this court being inca-pacitated and absent on account of illness, this case was argued to the remaining eight judges sitting *En Banc.* These eight judges are divided in their opinions, and there is no majority either for affirmance or for reversal.

Therefore the judgment of the lower court stands affirmed.

April 19, 1957.  Petition for rehearing granted.

[1]Reported in 307 P. (2d) 881.